# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0234.  IN THE INTEREST OF T. R., A CHILD (MOTHER).**

On August 13, 2018, the juvenile court entered an order terminating the parental rights of the mother of T. R. The mother filed a motion for reconsideration, which the juvenile court denied. On December 12, 2018, the mother filed this application for discretionary review. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-34 (d). *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, the mother filed her application four months after entry of the termination order. Although the mother filed a motion for reconsideration, the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable and does not extend the time for filing a notice of appeal or an application for appeal. See *Campbell v. State*, 192 Ga. App. 316 (385 SE2d 14) (1989); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Thus, this application is untimely as to the termination order and invalid as to the order denying reconsideration.

For these reasons, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/03/2019
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*